AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**
December 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ AB _____
DEPUTY

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| DUSTIN JAY AMMONS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

Case No.  **SA:25-MJ-1703**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 12, 2025 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/922(g)(1) and 26/5861 | Felon in Possession of a Firearm and Possession of an Unregistered Destructive Devices |

PENALTIES:
Up to 15 years imprisonment; $250,000 fine; 3 years SR
$100 mandatory special assessment and 10 years imprisonment; $10,000 fine, 3 yrs SR, and $100 mandatory special assessment.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

MATTHEW ALVIS  Digitally signed by MATTHEW ALVIS
Date: 2025.12.12 13:25:40 -06'00'
*Complainant's signature*

Matthew Alvis, ATF, SA
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date: December 12, 2025

*Judge's signature*

City and state:  San Antonio, Texas

Elizabeth S. Chestney, US Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Matthew Alvis, duly sworn do hereby depose and state:

1. Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and has been employed since 2021. I have personally conducted investigations on a variety of Federal criminal statutes. These investigations often involve the unlawful possession of firearms by prohibited persons and illegal smuggling of firearms from the U.S. into the Republic of Mexico. I have received training and have experience in the enforcement of laws concerning criminal violations of Federal firearms statutes, including the Gun Control Act (Title 18 United States Code) and the National Firearms Act of 1934 (Title 26, United States Code).

2. On September 12, 2025, an unknown individual attempted to breach an external automated teller machine (ATM) at a bank in San Antonio, Texas, in the Western District of Texas, with a suspected destructive device/pipe bomb. While on scene a San Antonio Police Department Bomb Technician conducted a field analysis of the white powder residue found in area surrounding the ATM and determined the presence of PentaErythritolTetraNitrate (PETN). Agents investigated a second similar incident involving a suspected destructive device/pipe bomb at another bank's external ATM machine in San Antonio, Texas on September 26, 2025 with the sole suspect and vehicle matching the description of the September 12, 2025 incident.

3. The subsequent investigation revealed **Dustin Jay AMMONS**, a convicted felon, as the individual who placed the destructive devices listed above in the September 12 and 26, 2025 incidents. **AMMONS** has previously been convicted of Possession of a Stolen Firearm in violation of 18 U.S.C. §922(j) in 2008 in the Western District of Texas- San Antonio Division.

4. On December 12, 2025, your affiant executed a federal search warrant at **AMMONS'** residence in San Antonio, Texas, in the Western District of Texas. During a post-Miranda interview with **AMMONS**, he admitted to possessing a Glock 23 pistol and that he is a convicted felon. **AMMONS** also admitted to manufacturing PentaErythritolTetraNitrate (PETN), which is classified as a secondary explosive commonly used in commercial and military explosives. **AMMONS** also confessed to manufacturing the pipe bombs found at the above referenced ATMs.

5. While searching the residence, agents discovered a Glock, model 23, .40 caliber pistol, serial number BXFW840 in **AMMONS'** closet. Parts and components of a destructive device, specifically a pipe bomb, were found in **AMMONS'** vehicle. Notably the vehicle matched the description of the suspect's vehicle from the September 12 and 26, 2025 incidents. Inside

of the garage, agents discovered **AMMONS** had supplies consistent with making PETN and other homemade explosives. Including precursors and beakers. Samples of an unknown substance were taken, and presumptive testing was positive for PETN. Agents discovered multiple suspected destructive devices in various stages of manufacture. Agents also discovered what appears to be a short-barreled rifle, a Celik Arms Blade 9mm serial number: TK245-25B00247.

6. An ATF Special Agent Bomb Technician examined the suspected destructive device (s) found in **AMMONS'** vehicle and confirmed it to be a destructive device.

7. Your affiant queried the National Firearms Registration and Transfer Record (NFRTR) for **AMMONS** and his address in San Antonio, Texas, and found no firearms or destructive devices registered in the NFRTR. Your Affiant knows through his training and experience that per the National Firearms Act of 1934 that destructive devices are required to be registered in the NFRTR. Additionally, your affiant researched **AMMONS** and his residence through the Federal Licensing System and found no license information allowing lawful manufacture of explosives.

8. The Glock, model 23, .40 caliber pistol, serial number BXFW840 and Celik Arms Blade 9mm serial number: TK245-25B00247 were not manufactured in Texas and therefore travelled in interstate and foreign commerce.

9. Based on the above information, your affiant believe probable cause exists that **Dustin Jay AMMONS** possessed a firearm as a convicted felon in violation of Title 18, U.S.C. 922(g)(1), possessed an unregistered destructive device in violation of Title 26, U.S.C. 5861(d).

MATTHEW
ALVIS

Digitally signed by
MATTHEW ALVIS
Date: 2025.12.12
13:26:16 -06'00'

Special Agent Matthew Alvis
Bureau of Alcohol, Tobacco,
Firearms and Explosives

SUBSCRIBED AND SWORN TO ME THIS 12th DAY OF DECEMBER 2025

ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE